UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TASHA SIMMONS | CIVIL ACTION |
| VERSUS | |
| STATE FARM FIRE AND CASUALTY COMPANY | NO. 24-00197-BAJ-EWD |

### RULING AND ORDER

On March 3, 2025, the Magistrate Judge issued a **Report And Recommendation (Doc. 20, the "R&R")** recommending that the above-captioned action be remanded to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana for lack of subject matter jurisdiction, based on Defendant's failure to establish that the amount in controversy exceeds the jurisdictional minimum for diversity jurisdiction under 28 U.S.C. § 1332. There are no objections to the R&R.

Having carefully considered Defendant's Notice of Removal (Doc. 1), Plaintiff's Motion to Remand (Doc. 11), Defendant's Opposition (Doc. 16), and Plaintiff's Reply Brief (Doc. 19), the Court **APPROVES** the Magistrate Judge's Report And Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

19th JDC Certified

**IT IS ORDERED** that the above-captioned action be and is hereby immediately **REMANDED** to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this 18th day of March, 2025

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**